DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CENTENNIAL POINT COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-00470-APG-CWH<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the U.S. District Court of Nevada, the undersigned counsel for SFR Investments Pool 1, LLC hereby certifies that the following have an interest in the outcome of this case:

1. SFR Investments Pool 1, LLC is wholly owned by SFR Investments, LLC.

2. The parent corporation of SFR Investments Pool 1, LLC is SFR Investments, LLC.

///

- 1 -

1  These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED April 20, 2016.

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for SFR Investments Pool 1, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **CERTIFICATE OF INTERESTED PARTIES** to the following parties:

Dana Jonathon Nitz, Esq.
Email: dnitz@wrightlegal.net
Jessica E. Chong, Esq.
Email: jchong@wrightlegal.net
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Counsel for Deutsche Bank National Trust Company Trustee for the Benefit of the Harborview 2004-8 Trust Fund*

*/s/ Sarah Felts*
An employee of Kim Gilbert Ebron

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301