# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEUTSCHE BANK NATIONAL TRUST CO.,

    Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendants.

Case No. 2:16-cv-00470-APG-CWH

**ORDER**

    On June 9, 2016, the court entered a minute order denying without prejudice the parties' stipulated discovery plan because it did not comply with Local Rule 26-1(b)(7)-(9). (Min. Order (ECF No. 33).) The court required the parties to meet and confer and to file a revised stipulated discovery plan that complies with Local Rule 26-1(b)(7)-(9). (*Id.*) The parties filed a revised stipulated discovery plan and scheduling order that still does not comply with Local Rule 26-1(b)(7)-(9). (Stip Discovery Plan & Scheduling Order (ECF No. 34).)

    IT IS THEREFORE ORDERED that the parties' stipulated discovery plan and scheduling order (ECF No. 34) is DENIED without prejudice. The parties must meet and confer and file a revised stipulated discovery plan that complies with Local Rule 26-1(b)(7)-(9) by July 8, 2016.

    IT IS FURTHER ORDERED that by July 8, 2016, the attorneys in this case must file certifications stating that they have read Local Rule 26-1. The attorneys are advised that the court's local rules were amended effective May 1, 2016.

DATED: June 24, 2016

                                               _____
                                               C.W. Hoffman, Jr.
                                               United States Magistrate Judge