**SUBT**
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO
Nevada Bar. No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund; and Cross-Defendant, Nationstar Mortgage, LLC*

# EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CENTENNIAL POINT COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; MARK KITCHEN, an individual; and NICOLE KITCHEN, an individual,<br><br>Counter-/Cross-Defendants.<br><br>/ | Case No.: 2:16-cv-00470-APG-CWH<br><br>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AND CROSS-DEFENDANT, NATIONSTAR MORTGAGE LLC** |

43748311;1

Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee For The Benefit Of The Harborview 2004-8 Trust Fund; And Cross-Defendant, Nationstar Mortgage, LLC hereby consents to the substitution of Melanie D. Morgan, Esq. and Jason J. Zummo, Esq., of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this 18 day of January, 2018.

DEUTSCHE BANK NATIONAL TRUST COMPANY
By: _____
A. J. Loll
Its: Attorney-in-Fact as Trustee

NATIONSTAR MORTGAGE LLC
By: _____
A. J. Loll, Vice President
Its: Nationstar Mortgage LLC

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Jason J. Zummo, Esq., of AKERMAN LLP as counsel of record in its place and stead on behalf of Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee For The Benefit Of The Harborview 2004-8 Trust Fund; And Cross-Defendant, Nationstar Mortgage, LLC

DATED this ___ day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP
_____
DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

2

43748311;1

Melanie D. Morgan, Esq. and Jason J. Zummo, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee For The Benefit Of The Harborview 2004-8 Trust Fund; And Cross-Defendant, Nationstar Mortgage, LLC in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 9th day of January, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO
Nevada Bar. No. 13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

IT IS SO ORDERED.

DATED: January 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

43748311;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AND CROSS-DEFENDANT, NATIONSTAR MORTGAGE LLC**, addressed to:

| | |
|---|---|
| Dana Jonathon Nitz, Esq. <br> Edgar C Smith, Esq. <br> Jessica E. Chong, Esq. <br> Rock K. Jung, Esq. <br> **Wright, Finlay & Zak, LLP** <br> 7785 W. Sahara Ave., Ste. 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Deutsche Bank National Trust Company* | Steven T. Loizzi, Jr. <br> HOA Lawyers Group, LLC <br> 9500 West Flamingo Rd., Ste. 204 <br> Las Vegas, NV 89147 <br> *Attorney for Centennial Point Community Association, Inc.* |

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
**Kim Gilbert Ebron**
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

/s/ Doug D. Payne
An employee of AKERMAN LLP

43748311;1

4