MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund; and Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CENTENNIAL POINT COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-00470-APG-CWH<br><br>**STIPULATION AND ORDER TO WITHDRAW EXPERT DISCLOSURE AND MOTION TO STRIKE (ECF NO. 69)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND; NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; MARK KITCHEN, an individual; and NICOLE KITCHEN, an individual,<br><br>Counter-/Cross-Defendants. | |

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff/Counter-Defendant Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund (**Deutsche Bank**), Cross-Defendant Nationstar Mortgage LLC (**Nationstar**), and Defendant/Counterclaimant/Crossclaimant SFR Investments Pool 1, LLC (**SFR**) stipulate as follows:

Deutsche Bank and Nationstar withdraw their initial expert disclosure served on April 19, 2019.

SFR withdraws its motion to strike initial expert disclosure (ECF No. 69).

DATED: May 15, 2019.      DATED: May 15, 2019.

**AKERMAN LLP**      **KIM GILBERT EBRON**

*/s/ Jared M. Sechrist*      */s/ Jason G. Martinez*
MELANIE D. MORGAN, ESQ.      DIANA S. EBRON, ESQ.
Nevada Bar No. 8215      Nevada Bar No. 10580
JARED M. SECHRIST, ESQ.      JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10439      Nevada Bar. No. 10593
1635 Village Center Circle, Suite 200      KAREN L. HANKS, ESQ.
Las Vegas, Nevada 89134      Nevada Bar No. 9578
     JASON G. MARTINEZ, ESQ.
*Attorneys for Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund and Nationstar Mortgage LLC*
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00470-APG-CWH

May 21, 2019
_____
DATED

2