MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund; and Cross-Defendant, Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CENTENNIAL POINT COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-00470-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLIES SUPPORTING MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 75 & 76]**<br><br>**FIRST REQUEST** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; MARK KITCHEN, an individual; and NICOLE KITCHEN, an individual,<br><br>Counter-/Cross-Defendants. | |

1

49496073;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund (**Deutsche Bank**) and Cross-Defendant, Nationstar Mortgage LLC (**Nationstar**), and Defendant/Counterclaimant/Crossclaimant SFR Investments Pool I, LLC (**SFR**) stipulate as follows:

1. Deutsche Bank and Nationstar filed their motion for summary judgment on June 19, 2019 [ECF No. 75]. SFR filed its response to Deutsche Bank and Nationstar's motion on July 10, 2019 [ECF No. 80]. Deutsche Bank and Nationstar's reply supporting their motion is currently due on July 24, 2019.

2. SFR filed its motion for summary judgment on June 19, 2019 [ECF No. 76]. Deutsche Bank and Nationstar filed its response to SFR's motion on July 10, 2019 [ECF No. 79]. SFR's reply supporting its motion is currently due on July 24, 2019.

3. The parties hereby stipulate and agree to the extension of the deadline for their replies up to and including **Wednesday, August 7, 2019** for each to file replies supporting their respective motions.

…
…
…
…
…
…
…
…
…
…
…
…
…
…

2

49496073;1

4. This is the first request for an extension of this deadline and is not made for the purposes of undue delay, but to allow additional time to fully address the issues raised and to accommodate counsel's schedule.

DATED this 19th day of July, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jared M. Sechrist* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> JARED M. SECHRIST, ESQ. <br> Nevada Bar No. 10439 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund and Nationstar Mortgage LLC* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-00470-APG-CWH

**DATED:** 7/19/2019

3

49496073;1