MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund; and Cross-Defendant, Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CENTENNIAL POINT COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-00470-APG-DJA<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST CENTENNIAL POINT COMMUNITY ASSOCIATION, INC.**<br><br>(ECF No. 92) |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE BENEFIT OF THE HARBORVIEW 2004-8 TRUST FUND; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; MARK KITCHEN, an individual; and NICOLE KITCHEN, an individual,<br><br>Counter-/Cross-Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff/Counter-Defendant Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund (**Deutsche Bank**) and Defendant Centennial Point Community Association, Inc. (**Centennial**), through their undersigned counsel of record, hereby stipulate to the dismissal of all claims asserted by Deutsche Bank against Centennial in the above-entitled action with prejudice.

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 22nd day of January 2020.

| **AKERMAN LLP** | **HOA LAWYERS GROUP, LLC** |
|---|---|
| */s/ Rex D. Garner, Esq.*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for the Benefit of the Harborview 2004-8 Trust Fund and Nationstar Mortgage LLC* | */s/ Steven T. Loizzi*<br>STEVEN T. LOIZZI, ESQ.<br>Nevada Bar No. 10920<br>9500 West Flamingo Road, Suite 204<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Centennial Point Community Association, Inc.* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 22, 2020.