# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Deutsche Bank National Trust Company

                Plaintiff,
  v.

SFR Investments Pool1, LLC, et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00470-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of SFR Investments Pool 1, LLC and against Mark Kitchen and Nicole Kitchen as follows: It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on 9/11/2013 extinguished any interest Mark Kitchen and Nicole Kitchen had in the property located at 9432 Melva Blue Court in Las Vegas, Nevada.

Further, it is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on 9/11/2013 did not extinguish the deed of trust, and the property located at 9432 Melva Blue Court in Las Vegas, Nevada remains subject to the deed of trust.

Further, it is hereby declared that Nationstar Mortgage LLC has no interest in the property located at 9432 Melva Blue Court in Las Vegas, Nevada.

 

| 2/20/2020 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

/s/ M. Reyes
Deputy Clerk